JS-6

Manatt, Phelps & Phillips, LLP
Jill M. Pietrini, Esq. (CA Bar No. 138335)
E-mail: jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
Paul Alan Levy (DC Bar No. 946400)
Email: plevy@citizen.org
Greg Beck (DC Bar No. 494479)
Email: gbeck@citizen.org
Telephone: (202) 588-1000

*Attorneys for Plaintiff*
CAFEPRESS.COM, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CAFEPRESS.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>Defendant. | Case No. CV08-04654 GAF (RCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** AND ORDER |

Pursuant to FRCP Rule 41(a)(1)(i), plaintiff CafePress.com, Inc., hereby voluntarily dismisses the above-captioned action against defendant Republican National Committee ("Defendant") without prejudice. Pursuant to discussions between plaintiff and defendant subsequent to the filing of the Complaint, defendant has withdrawn almost all of the objections to uses of logos by CafePress users that it previously advanced, and by not objecting when the remaining users requested permission, has implicitly agreed to allow them as well. As of this date,

1  Defendant has not filed an answer to the Complaint in this action, and therefore a
2  dismissal without prejudice under FRCP 41(a) is proper.

3  Respectfully submitted,

4  MANATT, PHELPS & PHILLIPS, LLP

6  Dated: October 20, 2008     By   /s/ Jill M. Pietrini
7  Jill M. Pietrini
   Raphael A. Gutierrez
   *Attorneys for Plaintiff*
8  CAFEPRESS.COM, INC.

9  Co-Counsel:

10 PUBLIC CITIZEN LITIGATION GROUP
   PAUL ALAN LEVY
11 GREG BECK
   *Attorneys for Plaintiff*
12 CAFEPRESS.COM, INC.

15  41328007.1

IT IS SO ORDERED.
DATED: 10/22/08

UNITED STATES DISTRICT JUDGE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2